■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN WATSON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Fuchs, J.), rendered July 16, 1984, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the appeal is dismissed.

The defendant has served his sentence and his assigned counsel has been unable to locate or communicate with him. In light of the defendant's apparent lack of interest in his appeal, we dismiss the appeal as abandoned (see, People v Perry, 181 AD2d 923; People v Cullum, 170 AD2d 524). Mangano, P. J., Balletta, Eiber, Pizzuto and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY WELLS, Also Known as ANTHONY WELLS, Appellant.— Appeal by the defendant from a judgment of the County Court, Nassau County (Harrington, J.), rendered April 15, 1991.

Ordered that the judgment is affirmed (see, People v Pellegrino, 60 NY2d 636; People v Kazepis, 101 AD2d 816). Mangano, P. J., Sullivan, O'Brien, Ritter and Pizzuto, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE WEYGANT, Appellant.—Appeal by the defendant from two judgments of the County Court, Orange County (Pano Z. Patsalos, J.), both rendered August 22, 1991, convicting him of burglary in the second degree under Superior Court Information No. 91-00344 and burglary in the second degree under Superior Court Information No. 91-00345, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mangano, P. J., Sullivan, O'Brien, Ritter and Pizzuto, JJ., concur.